

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| REBECCA BAEZA ESTRADA, | § | No. 08-15-00007-CV |
| Appellant, | § | Appeal from |
| v. | § | 383rd District Court |
| CARLOS ESTRADA, | § | of El Paso County, Texas |
| Appellee. | § | (TC # 2011CM3764) |
| | § | |

## MEMORANDUM OPINION

Pending before the Court is a motion filed by Appellant, Rebecca Baeza Estrada, to dismiss the appeal pursuant to TEX.R.APP.P. 42.1 because she no longer wishes to prosecute the appeal. We grant the motion and dismiss the appeal. Costs of the appeal are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d).

May 15, 2015

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.